**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 252 EAL 2016
:
          Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
       v. :
:
:
:
ROBERT E. COUSAR, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.